UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LEROY HENDERSON,

                **Plaintiff,**

                v.                              Civil No. 07-108-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

## JUDGMENT

This case is reversed and remanded for further administrative proceedings consistent with this court's order of January 10, 2008.

Dated: January  10 , 2008.


                                          /s/ Ann Aiken
                                   **United States District Judge**

**JUDGMENT**                                            **DOCUMENT NO:** _____